■ In the Matter of HARRY C. FOTOPOULOS, Appellant. In the Matter of A. JOSHUA EHRLICH et al., Petitioners, v FRANK X. GARGIULO et al., Constituting the Board of Elections of the City of New York, Respondents.—Judgment, Supreme Court, New York County, entered on August 22, 1980, unanimously affirmed, without costs and without disbursements. *(Matter of Sciarra v Donnelly,* 34 NY2d 970; *Matter of White v McNab,* 40 NY2d 912; *Matter of Goldstein v Carlsen,* 42 NY2d 993; and *Matter of Higby v Mahoney,* 48 NY2d 15.) No opinion. Concur—Kupferman, J. P., Markewich, Silverman and Bloom, JJ.

■ In the Matter of BOBBIE FISHER, Appellant, v FRANK X. GARGIULO et al., Constituting the Board of Elections of the City of New York, Respondents, and ALAN SCHULKIN, Respondent.—Judgment, Supreme Court, New York County, entered on August 21, 1980, unanimously affirmed, without costs and without disbursements. (See *Matter of Quinones v Bass,* 45 NY2d 811, 813.) No opinion. Concur—Kupferman, J. P., Markewich, Silverman and Bloom, JJ.

■ In the Matter of RICHARD L. PRICE, Appellant-Respondent, v FRANK X. GARGIULO et al., Constituting the Board of Elections of the City of New York, Respondents, and HARVEY GLASSER, Respondent-Appellant.—Judgment, Supreme Court, New York County, entered on August 25, 1980, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Markewich, Silverman and Bloom, JJ.

■ In .the Matter of GEORGE W. MILLER et al., Appellants, v BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondent, and GERALDINE DANIELS et al., Respondents.—Judgment, Supreme Court, New York County, entered on August 22, 1980, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Markewich, Silverman and Bloom, JJ.